IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PEARLEAN WOLFE, INDIVIDUALLY AND
AS ADMINISTRATRIX OF THE ESTATE OF
CHARLIE WALKER, DECEASED                                                          PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:06-cv-412HTW-LRA

UNITED STATES OF AMERICA AND
JOHN AND JANE DOE 1-5                                                              DEFENDANT

## FINAL JUDGMENT

On an earlier day, this lawsuit was tried to the court sitting without a jury. The court, having taken this matter under advisement, now finds in favor of the defendant and against the plaintiff. The Findings of Fact and Conclusions of Law dated March 31, 2010, are incorporated by reference. For the reasons assigned in the Findings of Fact and Conclusions of Law, the court concludes that judgment should be entered in favor of the defendant and against the plaintiff and that the defendant should be awarded its costs of litigation.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's opinion.

IT IS FURTHER ORDERED AND ADJUDGED that the defendant is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed in accordance with the local rules.

SO ORDERED AND ADJUDGED, this the 31st day of March, 2010.

s/ HENRY T. WINGATE
_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT